IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LIFE INSURANCE COMPANY
OF NORTH AMERICA

    Plaintiff

vs.

SALVATORE CURRERI

    Defendant

Case No. CCB00CV3556

### STIPULATION OF DISMISSAL WITH PREJUDICE

Life Insurance Company of North America, Plaintiff, by its attorneys, Annita M. Riddick and Littler Mendelson, P.C. and Salvatore Curreri, by his attorneys, William D. Hooper, Jr. and Hooper & Jacobs, L.L.C., Defendants hereby stipulate and agree, pursuant to Federal Rule, 41(a)(1) to dismiss, with prejudice the above-captioned action.

_____
ANNITA M. RIDDICK
Littler, Mendelson, P.C.
1225 I Street, N.W., Suite 1000
Washington, DC 20005
(202) 842-3400
Attorney for Plaintiff

_____
WILLIAM D. HOOPER, JR.
Hooper & Jacobs, L.L.C.
125 N. Main Street
P.O. Box 400
Bel Air, Maryland 21014
(410) 879-8030
Attorney for Defendant

